United States District Court
Southern District of Texas
**ENTERED**
March 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Rose Ann Saucedo,<br>*Plaintiff*,<br><br>v.<br><br>Kilolo Kijakazi,<br>Acting Commissioner of the Social<br>Security Administration,<br>    *Defendant*. | §<br>§<br>§<br>§  Civil Action H-20-2526<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF ADOPTION

On February 25, 2022, Magistrate Judge Peter Bray recommended that Rose Ann Saucedo's motion for summary judgment, ECF No. 14, be denied and Defendant's motion for summary judgment, ECF No. 20, be granted. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is affirmed.

Signed on March 15, 2022, at Houston, Texas.

David Hittner
United States District Judge